UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOE,

    *Petitioner*,

WOLF et al.,

    *Respondents*.

Case No. 20-CV-550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 22 2020

### [PROPOSED] ORDER TO PERMIT THE PETITIONER TO PROCEED USING ONLY A PSEUDONYM AND TO PERMIT PETITIONER'S SUPPORTING EXHIBITS TO BE FILED UNDER SEAL

**IT IS HEREBY ORDERED** that the Petitioner may proceed using the pseudonym "John Doe" and that all documents containing information identifying his cooperation with the United States government shall be filed under seal in this matter, with redacted copies for public record when possible. It is further ordered that Exhibits 1 through 14 to the Verified Petition may remain sealed in their entirety.

**IT IS SO ORDERED**

DATED: January 21, 2020
New York, New York

_____
Honorable Judge Alison J. Nathan
United States District Judge

Petitioner's motion is temporarily granted until the assigned judge rules on the matter. Petitioner shall file the complaint and all papers in unredacted form on ECF within one week of the date of this order unless Petitioner renews this application to the assigned judge.
SO ORDERED.