UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOE,<br><br>        *Petitioner*,<br><br>vs.<br><br>WOLF et al,<br><br>        *Respondents*. | Case No.: :20-cv-00550-JGK<br><br>**NOTICE OF MOTION FOR ORDER DIRECTING THE RESPONDENTS TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED PURSUANT TO 28 U.S.C § 2243** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

Please take notice that Petitioner, John Doe, requests that this Court issue an order pursuant to 28 U.S. Code § 2243 directing the Respondents to show cause why the writ of habeas corpus should not be granted within three days unless good cause for additional time – not exceeding twenty days – is demonstrated by Respondents.

Dated: February 13, 2020

Respectfully submitted,

By: _____
Gregory P. Copeland
RAPID DEFENSE NETWORK
11 Broadway, Suite 615
New York, New York 10014
Tel.: (212) 843-0910
Fax: (212) 257-7033

*Counsel for Petitioner*

*[Handwritten endorsement:]* The petitioner shall serve the U.S. Attorney's Office for the S.D.N.Y. on February 13, 2020. The parties shall appear before this Court on February 14, 2020 at 4:00 p.m.

*/s/ John G. Koeltl*
2/13/20
Part I

**MEMO ENDORSED**