**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**JOHN DOE,**

                Petitioner,        20-cv-550 (JGK)

        - against -            <u>ORDER</u>

**CHAD F. WOLF,** Acting Secretary, United States Department of Homeland Security; and **WILLIAM P. BARR**, Attorney General of the United States,

                Respondents.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Government is requested to have a representative of the United States Attorney's Office, Criminal Division, who is familiar with this case present for the conference on **April 3, 2020** at **noon**.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **March 31, 2020**          /s/ John G. Koeltl
                                             John G. Koeltl
                                    United States District Judge