```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
JOHN DOE,

                    Petitioner,            20-cv-550 (JGK)

      - against -                          ORDER

CHAD F. WOLF, ET AL.,

                    Respondents.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Memorandum Opinion and Order dated April 6, 2020 has initially been filed under seal. The parties should advise the Court if there are any reasons for the Memorandum Opinion and Order to be continued to be placed under seal by **April 8, 2020**.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **April 6, 2020**

                                       /s/ John G. Koeltl
                                 **John G. Koeltl**
                           **United States District Judge**