```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────
JOHN DOE,

                    Petitioner,           20-cv-550 (JGK)

       - against -                        ORDER

CHAD F. WOLF, ET AL.,

                    Respondents.
────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties have not yet responded to the Court with respect to whether any portion of the Memorandum Opinion and Order dated April 6, 2020 should remain under seal. The Court notes that it intends to amend the Memorandum Opinion that is currently filed under seal to reflect that in the penultimate line, the opinion should say "The petitioner's petition is **dismissed**" instead of "The defendant's petition is **dismissed**."

**SO ORDERED.**

**Dated:    New York, New York
           April 9, 2020**

                                    /s/ John G. Koeltl
                                    ─────────────────────
                                       **John G. Koeltl
                                    United States District Judge**