**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SEAN B.,

                    Petitioner,                    20 **CIVIL** 555 (JGK)

           -against-                           **JUDGMENT**

CHAD WOLF, ET AL.,

                    Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 10, 2020, the Court has considered all arguments raised by the parties; to the extent not specifically addressed, the arguments are either moot or without merit; the petitioner's petition is dismissed; accordingly, this case is closed.

**DATED:** New York, New York
              April 10, 2020

                                                      **RUBY J. KRAJICK**
                                                  _____
                                                         **Clerk of Court**
                         **BY:**    _____
                                                            **Deputy Clerk**